ENDFIELD
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

ROBERT DILLARD JONES
doing business as
FAMILY CHARTER & REALTY CORPORATION,

                              Plaintiffs,

      v.                                                    10-CV-0712

JOSEPH F. CAWLEY, et al.,

                              Defendants.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

THOMAS J. McAVOY
Senior United States District Judge

## DECISION and ORDER

       Plaintiff Robert D. Jones, moves pursuant to Fed. R. Civ. P. 60(b) seeking to vacate the judgment dismissing this action in its entirety. Plaintiff seeks to sue individually, rather than on behalf of the corporation; to reinstate the action as against Frederick Williams, Donna Altschuh and Russell Phelps pursuant to 18 U.S.C. § 981 and 985; and further asks the Court to re-examine the alleged violations of the Fair Housing Act.

       Having reviewed Plaintiff's original motion pursuant to Rule 60(b), his amended motion pursuant to Rule 60(b), and the papers filed in opposition thereto, the Court finds that Plaintiff has failed to demonstrate a proper basis for relief under Rule 60(b) or that would otherwise warrant reconsideration. Accordingly, Plaintiff's motion is DENIED.

IT IS SO ORDERED.

Dated:December 10, 2010

Thomas J. McAvoy
Senior, U.S. District Judge